## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Endurance American Specialty v. Century Surety Company   Docket No.: 14-4184

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Janet P. Ford

Firm: White Fleischner & Fino, LLP

Address: 61 Broadway, 18th Street, New York, NY 10006

Telephone: (212) 487-9700   Fax: (212) 487-9777

E-mail: jford@wff-law.com

Appearance for: Endurance American Specialty Insurance Company, Hayden Building Maintenance Corporation
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Sharon Beth Kaufman/ White Fleischner & Fino, LLP. )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 20, 2014    OR

[ ] I applied for admission on _____ .

Signature of Counsel: *Janet P. Ford*

Type or Print Name: Janet P. Ford